AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 24-MJ- 7085
)
U.S. Postal Service Priority Mail Parcel )
# 9405 5362 0624 8815 1963 90 )

FILED
APR 18 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, which is attached hereto and incorporated by reference.

located in the _____Central_____ District of _____Illinois_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with Intent to Distribute and the Distribution of a Controlled Substance |
| 18 U.S.C. § 1952 (a)(1) | Using the Mail to Distribute the Proceeds of Criminal Activity |

The application is based on these facts:
See affidavit of United States Postal Inspector Michael Todd, which is attached hereto and incorporated by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Michael Todd
*Applicant's signature*

United States Postal Inspector Michael Todd
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____electronic mail and telephone_____ *(specify reliable electronic means)*.

Date: 4/18/2024

Eric Long
Digitally signed by Eric Long
Date: 2024.04.18 15:20:29 -05'00'
*Judge's signature*

City and state: Urbana, Illinois        Eric I. Long, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>U.S. Postal Service Priority Mail Parcel<br><br># 9405 5362 0624 8815 1963 90<br><br>currently in the custody of the U.S. Postal Inspection Service | Case No. 24-MJ 7085<br><br>**FILED UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

Michael Todd, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Postal Inspector with the United States Postal Inspection Service currently assigned to the United States Postal Inspection Service, Chicago Division, Contraband Interdiction and Investigations Team. I have been employed with the United States Postal Inspection Service since July of 2014. Prior to the United States Postal Inspection Service, I was employed with the Village of Palatine, Illinois as a Police Officer beginning in 2013. In my law enforcement career, I have worked an extensive number of criminal cases including narcotics investigations. As a Postal Inspector with the United States Postal Inspection Service, I received training in investigating violations of federal

statutes, and I am responsible for conducting investigations regarding such criminal violations. As a Postal Inspector, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. The United States Postal Inspection Service, Chicago Division, Contraband Interdiction and Investigations Team, has intercepted numerous parcels which were found to contain narcotics or proceeds of narcotics trafficking and other criminal activity. My combined 12 years as a criminal investigator has included numerous criminal investigations, the execution of search warrants and the seizure of contraband. My assignment with the USPIS has provided me with valuable insight into how controlled substances or the proceeds of controlled substances are shipped through the U.S. Postal Service (USPS) and how the USPS is used as a tool by individuals or groups to facilitate drug trafficking.

2. The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3. I make this affidavit in support of an application for a search

warrant for the U. S. Postal Service Priority Mail parcel #9405 5362 0624 8815 1963 90, hereinafter referred to as **Subject Parcel**. The **Subject Parcel** is further described in **Attachment A.** The investigation has revealed that the parcel contains similar attributes to that of parcels previously found to contain controlled substances or proceeds/payments from the sale of controlled substances. Further, the parcel has had a positive alert by a narcotics trained canine, indicating the presence of a narcotic odor. Accordingly, I believe there is probable cause that the parcel to be searched contains evidence, contraband, or property in violation of 21 U.S.C. § 841(a)(1) (possession with intent to distribute and the distribution of controlled substances) and 18 U.S.C. § 1952(a)(1) (using the mail to distribute the proceeds of criminal activity). Upon execution of the search warrant, I will provide the court with documentation of my findings.

4. Since this affidavit is being submitted for the limited purpose of securing an application for a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

## BACKGROUND

5. Experience, training and drug trafficking intelligence information gathered by the USPIS have demonstrated that the U.S. Postal Service Express

Mail and Priority Mail are frequently utilized by drug traffickers for shipping controlled substances or proceeds/payments. Use of Express Mail and Priority Mail are favored because of the speed, reliability, free telephone and Internet parcel tracking service, as well as the perceived minimal chance of detection. Express Mail was originally intended for urgent, business to business, correspondence. Intelligence from prior parcels, which were found to contain controlled substances or proceeds/payments, has indicated that these labels are usually from an individual to an individual. Express Mail is seldom used for individual-to-individual correspondence.

6. In an effort to combat the flow of controlled substances through the overnight delivery services, interdiction programs have been established in cities throughout the United States by the USPIS. These cities have been identified as known sources of controlled substances. The USPIS conducted an analysis of prior parcels mailed through overnight delivery services, which were found to contain controlled substances or proceeds/payments of controlled substance sales. The analysis of prior parcels, which were found to contain controlled substances or proceeds/payments, indicated that these labels are usually from an individual to an individual. However, it is increasingly more common to have overnight delivery parcels display a business or company name and contain narcotics or proceeds. In these instances, the sender information was randomly

selected by the mailer to deter law enforcement detection. In such instances, Postal Inspectors review available business records to verify the postage payment utilized by the mailer.

7. Most business mailings sent via USPS or through other private couriers reflect a pre-established postage meter or other various lines of credit to pay for the postage. Additionally, during the Silk Road investigation (dark web investigation that provided avenues to customers to order narcotics via the internet), as well as the investigation of other similar dark web marketplaces, the USPIS learned that unknown persons posted intelligence on dark web related websites warning would be drug mailers that most USPIS search warrant affidavits for narcotics/narcotics proceeds parcels, reflect mailing labels written as person-to-person and bore fictitious addressee and sender names. Since these postings, USPIS has noticed an increased number of packages utilizing valid sender and addressee names and or valid business names on narcotics/narcotics proceeds parcels. Recent analysis has also shown that whether the mailer utilized a legitimate name/business on a mailing label or a fictitious name on the mailing label, cash payment for postage is the method of payment for most narcotics/narcotics proceeds parcels. In some instances, however, drug traffickers will purchase postage with cryptocurrency to conceal payment. I am aware of several online services that offer postage for sale and accept

cryptocurrency for payment. Based on my training and experience, I am aware individuals who offer illegal contraband for sale on dark web marketplaces frequently utilize such services in an attempt to remain anonymous.

8. Furthermore, USPIS analysis has established a series of characteristics which, when found in combination of two or more, have shown a high probability that the package will contain a controlled substance or the proceeds of controlled substance sales. Information collected by the USPIS has demonstrated that the presence of these characteristics is significant for delivery services, to include U.S. Postal Service Express Mail, U.S. Postal Service Priority Mail, Federal Express, and United Parcel Service. This profile includes the following characteristics: parcel mailed from or addressed to a known narcotic source city; parcel has a fictitious return address; parcel addressee name is unknown at the destination address; parcel sender name is unknown at the return address; parcel has address information which is handwritten; parcel is mailed from a Commercial Mail Receiving Agency (CMRA); parcel is addressed to residential areas; parcel is addressed from an individual to an individual; parcels are wrapped in brown paper and/or heavily taped; and the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address, and or any other characteristic previously noted in this paragraph.

9. The United States Postal Inspection Service, Chicago Division,

Contraband Interdiction Investigations Team has found the characteristics listed in paragraphs five, six, seven, and eight are indicative of parcels which have been found to contain illegal controlled substances or the proceeds/payments for controlled substances.

## PROBABLE CAUSE

10. On Tuesday, April 16, 2024, upon a review of Postal Business Records, I discovered that USPS Priority Mail parcel #9405 5362 0624 8815 1963 90 (**Subject Parcel**) had been placed in the USPS mail stream. Postal Business Records indicate the **Subject Parcel** was first scanned on April 15, 2024, at approximately 11:28 PM PST at the USPS Los Angeles Processing Distribution Center in Los Angeles, California, a known narcotics source city,[1] and the parcel was addressed to "Kenneth Platt" at 1003 Poplar St., Marshall, IL 62441". Postage for the parcel was paid for using an online service which allows users to pay using cryptocurrency, and the weight listed for the **Subject Parcel** was 50 pounds[2]. I submitted a request to hold this parcel at the Champaign, IL Processing and Distribution Center ("P&DC") in an effort to intercept the

---

[1] Based on my training and experience, I am aware a majority of USPIS narcotics seizures are from parcels mailed from states along the southwest border of the United States. I am further aware that states along the southwest border of the United States are commonly the initial point of entry of narcotics into the United States.
[2] The listed weight of the Subject Parcel according to USPS records is 50 pounds. However, based on a physical inspection of the Subject Parcel, the actual weight is significantly less. According to data from a USPS processing machine, the actual weight of the Subject Parcel is approximately 12 ounces.

**Subject Parcel** prior to it being delivered at its final destination in Marshall, IL.

11.  On Wednesday, April 17, 2024, I received an alert via Postal Business records notifying me that the **Subject Parcel** had arrived at the USPS Champaign, IL P&DC. That same day, I intercepted and took custody of the **Subject Parcel** at the USPS Champaign, IL P&DC located at 2001 N. Mattis Ave., Champaign, IL 61821. An examination of the **Subject Parcel** revealed it had been addressed from "Eco Print West 097" to an individual and was packaged in a USPS small flat rate box. A subsequent review of a law enforcement database revealed the sender's name listed on the **Subject Parcel**, "Eco Print West 097", was not currently associated with the sender address, 1950 240th St., Lomita, CA 90717. A subsequent review of a law enforcement database revealed the recipient's name listed on the **Subject Parcel**, "Kenneth Platt", associated with the recipient address, 1003 Poplar Street. In addition, the postage for the **Subject Parcel** had been paid for using an online service which allows customers to pay using cryptocurrency.

12.  On Wednesday, April 17, 2024, Deputy Christensen with the Champaign County Sheriff's Office and his canine partner "Lesan" responded to the USPIS Champaign Office located at 2001 N. Mattis Ave, Champaign, IL. "Lesan" is trained to detect the controlled substance odors of marijuana, methamphetamine, cocaine, crack cocaine and heroin. "Lesan" is certified as a

narcotics detection canine by the Illinois Law Enforcement Training and Standards Board and was last certified on August 8, 2023.

13. On April 17, 2024, I was present at the USPIS Champaign Office and observed the following. **The Subject Parcel** was placed among ten (10) empty USPS Priority Mail and Express Mail flat rate boxes and envelopes of various sizes, in an area not known to have been contaminated by a narcotic odor. Subsequently, Deputy Christensen had "Lesan" search the area containing the **Subject Parcel**. Upon arriving at the **Subject Parcel,** Deputy Christensen advised that canine "Lesan" gave a "Trained Final Response", by pawing at the **Subject Parcel** with nose pointing at the **Subject Parcel** indicating the presence of a narcotic odor. I observed "Lesan" to not react in the same manner to the other ten (10) empty boxes. **The Subject Parcel** remains in my custody at the USPIS Champaign Office.

14. In summary, the **Subject Parcel** has the following characteristics which are consistent with parcels containing controlled substances/drug proceeds: the parcel was mailed from a known narcotics source area in California; according to a law enforcement database, the sender of the parcel is not associated to the sender address; the postage for the parcel was paid for using an online service which allows customers to pay using cryptocurrency. In addition, the parcel received a positive alert from a narcotics trained canine

indicating the presence of a narcotic odor.

15. The **Subject Parcel** measures approximately 8.6875 inches by 5.4375 inches by 1.75 inches, weighs approximately 0 pounds, 12 ounces and has a postage fee of $7.92. See **Attachment A** for a photo of the **Subject Parcel**.

## CONCLUSION

16. Based on my training and experience and in conjunction with the overall investigation of the **Subject Parcel**, I believe the **Subject Parcel** may contain evidence of violations of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 1952(a)(1).

17. Based on my training and experience, I know that fingerprints, DNA, or other evidence concerning the identity of the sender may be located inside the **Subject Parcel**.

18. The **Subject Parcel** is currently in my custody at the USPIS Champaign Office.

19. I am requesting authorization to execute the warrant and open the **Subject Parcel** anytime in the day or night because the intrusion involved will not constitute an intrusion on any person or any premises.

20. I submit that this affidavit supports probable cause for a search warrant. Upon execution of the search warrant, I will provide the court with documentation of my findings.

## REQUEST FOR SEALING

21. I further request that the Court order that all documents in support of this application, including the affidavit, search warrant and subsequent return, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

**s/Michael Todd**

Postal Inspector Michael Todd
United States Postal Inspection Service

Attested to by the applicant by reliable electronic means, being telephone and electronic mail, in accordance with Fed. R. Crim. P. 4.1 on this 18th day of April 2024.

**Eric Long**
Digitally signed by Eric Long
Date: 2024.04.18 15:20:51 -05'00'

HONORABLE ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE